IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HARTFORD INSURANCE CO., :

    Plaintiff :

    vs. : Civil Action No. AMD-97-976

AMERICAN AUTOMATIC SPRINKLER :
SYSTEMS, INC.,
    Defendant :

oOo

**ORDER**

On October 15, 1998, summary judgment was entered on behalf of Defendant. That decision was affirmed on January 18, 2000. Currently pending is an unopposed Bill of Costs filed by Defendant. No hearing is deemed necessary. Local Rule 105.6 (D. Md.).

Defendant is seeking $2,167.96 for the costs of deposition transcripts. The Court may tax the costs of transcripts under 28 U.S.C. §1920(2) where they are necessary for the case. *See Crawford v. Fitting Co. v. J. T. Gibbons, Inc.*, 482 U.S. 437 (1987). While the court may allow a transcription expense if the making of the transcript was "reasonably necessary" in "light of the particular situation existing at the time of the taking," the Clerk's authority, in this district, is more limited. In this district, the Clerk has traditionally allowed: (1) the costs associated with deposing the parties in the case; (2) the costs of those depositions that were actually used in connection with the event that terminated the litigation; and (3) the costs of the depositions of trial witnesses.

Because all of the depositions whose costs are sought be Defendant were relied upon by the parties in seeking and/or opposing summary judgment, their costs will be allowed in part as is

set forth in the chart below.

| DEPONENT | AMOUNT SOUGHT | AMOUNT OF UN-ALLOWED COSTS[1] | NO. OF PAGES | RATE SOUGHT PER PAGE | RATE ALLOWED PER PAGE[2] | AMOUNT ALLOWED |
|---|---|---|---|---|---|---|
| Duane Forsythe | 64.75 | 0 | 37 | 1.75 | 1.25 | 46.25 |
| Edward Hubner | 285.85 | 8.95 | 142 | 1.95 | 1.25 | 177.50 |
| Jeffrey McBride 10-6-97 | 337.40 | 3.00 | 176 | 1.90 | 1.25 | 220 |
| Michael McCusker | 246.75 | 28.00 | 125 | 1.75 | 1.25 | 156.25 |
| Roger Link 10-2-97 | 223.80 | 15.00 | 87 | 2.40 | 2.40 | 208.80 |
| Roger Link 10-24-97 | 235.20 | 0 | 98 | 2.40 | 2.40 | 235.20 |
| Jeffrey McBride 10-24-97 | 135.36 | 0 | 94 | 1.44 | 1.25 | 117.50 |
| Eric Davis | 134.40 | 0 | 56 | 2.40 | 2.40 | 134.40 |
| Thomas Klender | 168 | 0 | 96 | 1.75 | 1.25 | 120 |
| Jason Brunner | 35.00 | 0 | 20 | 1.75 | 1.25 | 25 |

---

[1] Costs attributable to extra copies, copies of exhibits, shipping, etc. are not allowed.

[2] Unless the Court has determined in advance that a higher rate shall apply or the parties have agreed to a higher rate, the maximum amounts the Clerk will tax is:

    Ordinary transcript - original:    $3.50 per page

    Expedited transcript - original:    $4.50 per page

    Daily transcript - original:    $5.50 per page

    Copy of transcript:    $1.25 per page

If the actual page rate is lower than the maximum allowable rate, costs will be taxed at that rate.

| | | | | | |
|---|---|---|---|---|---|
| Charles Beatty | 68.25 | 0 | 39 | 1.75 | 1.25 | 48.75 |
| Paul Seekford | 233.20 | 10.00 | 93 | 2.40 | 2.40 | 223.20 |
| **TOTALS** | | | | | | 1712.85 |

## CONCLUSION

In accordance with the foregoing, Defendant is awarded costs of $1,712.85.

A party may seek review of this decision as is provided for in Fed. R. Civ. P. 54(d)(1).

The Clerk is directed to docket this Order and mail copies to all counsel of record.

DATED this _9th_ day of _March_, 2000.

_____
Felicia C. Cannon
Clerk
United States District Court